**AMBASSADOR MEAT DISTRIBUTORS, INC., Respondent,**

v.

**R.D. MANN, Appellant.**

**No. WD 40874.**

Missouri Court of Appeals,
Western District.

March 21, 1989.

Robert E. Rosenwald, Ramona K. Kantack of Grier & Swartzman, Kansas City, for appellant.

Teresa J. Kimker of Morrison, Hecker, Curtis, Kuder & Parrish, Kansas City, for respondent.

Before MANFORD, P.J., and
TURNAGE and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

This is an appeal from a money judgment entered in favor of respondent on its petition to recover on an oral promise of payment made to respondent by appellant.

THE JUDGMENT IS AFFIRMED. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Clarence E. BARKER, Appellant.**

**WD 40227.**

Missouri Court of Appeals,
Western District.

March 21, 1989.

K. Louis Caskey, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before: FENNER, P.J., and
SHANGLER and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from convictions of one count of forcible rape and one count of forcible sodomy, and from sentences of thirty-five years on each count.

JUDGMENT AFFIRMED. Rule 30.-25(b).